Mary Jo O'Neill, AZ Bar No. 005924
Sally C. Shanley, AZ Bar No. 012251
Sandra Padegimas, AZ Bar No. 011652
**Equal Employment Opportunity Commission**
**Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, Arizona  85012-9688
Telephone:  (602) 640-5061
Fax: (602) 640-5009
E-mail:
    sandra.padegimas@eeoc.gov
    mary.o'neill@eeoc.gov
    sally.shanley@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff,<br><br>vs.<br><br>Cannon & Wendt Electric Co., Inc.<br><br>    Defendant. | **COMPLAINT**<br><br>**(Jury Trial Demanded)** |

## NATURE OF THE ACTION

This is an action filed in the public interest under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII") and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the bases of national origin and retaliation and to provide appropriate relief to Victor Cortez who was adversely affected by such  practices.  The EEOC alleges Defendant Cannon & Wendt Electric Co., Inc. (hereinafter referred to as "Cannon & Wendt" or "Defendant") discriminated against Victor Cortez by subjecting him to disparate terms and conditions of employment, including harassment

and discipline, and terminating him because of his national origin, Mexican.  The EEOC also alleges that Defendant discriminated against Mr. Cortez by retaliating against him by subjecting him to different terms and conditions concerning discipline, and discharging him because he opposed the unlawful practices.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-4(a) and 2000e-5(f)(1) and (3);  §§2000e-6 and Section 102 of the Civil Rights Act of 1991,  42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the District of Arizona.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been an Arizona corporation doing business in the State of Arizona, and the City of Phoenix and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Victor Cortez filed a charge with the Commission alleging violations of Title VII by

2

1  Defendant. All administrative conditions precedent to the institution of this lawsuit
2  have been fulfilled.
3      7.   Since at least April 2003, Defendant has engaged in unlawful
4  employment practices at its Phoenix, Arizona, facility in violation of Section
5  703(a) of Title VII, 42 U.S.C. § 2000e-2(a) by discriminating against Victor Cortez
6  when it subjected him to disparate terms and conditions of employment, including
7  harassment and discipline, and terminated him because of his national origin,
8  Mexican. Some of the unlawful conduct includes, but is not limited to, the
9  following:
10     a.   comments by Mr. Cortez' immediate supervisor, Mark Ghose, that:
11          (1).  "I hate Mexican music;"
12          (2)   "I hate all Mexicans, they are worthless;"
13          (3)   the supervisor's stated belief that Mr. Cortez was useless and
14                that the supervisor was going to do all he could to get rid of
15                him; and
16          (4)   the supervisor's berating of Mr. Cortez because of his national
17                origin; and
18     b.   a Defendant management official ordering at least one of Mr. Cortez'
19          co-workers to report Mr. Cortez immediately if he noticed any
20          violation of the rules concerning proper safety attire.
21     8.   Since at least April 2003, Defendant has engaged in unlawful
22  employment practices in violation of Section 704(a) of Title VII, 42 U.S.C. §
23  2000e-4(a), including subjecting Victor Cortez to disparate discipline and
24  discharging because he opposed the unlawful practices.
25     9.   Mr. Cortez complained about the unlawful harassment by his
26  immediate supervisor to Defendant's owner, Albert Wendt. In response, Mr.
27  Wendt asked Mr. Cortez "what do you want me to do about it?" and failed to take
28  any corrective action. The harassment continued.

1    10.    The effect of the practices complained of in paragraphs 7-9 above
2 has been to deprive Victor Cortez of equal employment opportunities and
3 otherwise adversely affect his status as an employee because of his national
4 origin and in retaliation for his complaint about discrimination.

5    11.    The unlawful employment practices complained of in paragraphs 7-
6 9 above were and are intentional.

7    12.    The unlawful employment practices complained of in paragraphs 7-9
8 above were and are done with malice or with reckless indifference to the federally
9 protected rights of Victor Cortez.

## PRAYER FOR RELIEF

11    WHEREFORE, the Commission respectfully requests that this Court:

12    A.    Grant a permanent injunction enjoining Defendant, its officers,
13 successors, assigns, and all persons in active concert or participation with it from
14 engaging in any other employment practice which discriminates on the basis of
15 national origin and retaliating against employees because they oppose practices
16 made unlawful by Title VII or are participating in a proceeding pursuant to Title
17 VII.

18    B.    Order Defendant to institute and carry out policies, practices, and
19 programs which provide equal employment opportunities for employees
20 regardless of their national origin and for those who oppose unlawful employment
21 discrimination, and which eradicate the effects of its past and present unlawful
22 employment practices.

23    C.    Order Defendant to make whole Victor Cortez by providing
24 appropriate backpay with prejudgment interest, in amounts to be determined at
25 trial, and other affirmative relief necessary to eradicate the effects of its unlawful
26 employment practices, including, but not limited to, rightful place reinstatement or
27 front pay in lieu of reinstatement.

28    D.    Order Defendant to make whole Victor Cortez by providing

compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial.

    E.    Order Defendant to make whole Victor Cortez by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices described above, including emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

    F.    Order Defendant to pay punitive damages to Victor Cortez for its malicious and/or reckless conduct, described above, in amounts to be determined at trial.

    G.    Grant such further relief as the Court deems necessary and proper in the public interest.

    H.    Award the Commission its costs of this action.

## **JURY TRIAL DEMAND**

The Commission requests a jury trial on all questions of fact raised by this Complaint.

DATED this 7th day of September, 2007.

        Respectfully submitted,

        RONALD S. COOPER
        General Counsel

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel

        EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION
        1801 L Street, N.W.
        Washington, D.C.  20507

s/Mary Jo O'Neill
MARY JO O'NEILL
Regional Attorney

s/Sally C. Shanley
SALLY C. SHANLEY
Supervisory Trial Attorney

s/Sandra J. Padegimas
SANDRA J. PADEGIMAS
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, Arizona  85012
(602) 640-5061
Attorneys for Plaintiff